UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS BROTHERS, INC., et al.,<br><br>Defendants. | 2:12-cv-0058-LDG-RJJ<br><br><br>**ORDER** |

On January 25, 2012, plaintiff Travelers Casualty and Surety Company of America filed a motion for preliminary injunction (#6) requiring defendants Williams Brother, Inc., and Peek Construction Company to provide full access to their files pursuant to the terms of general agreements of indemnity between Travelers and these defendants.  The court notes that defendants' response to the motion for preliminary injunction is due on February 11, 2012.  On February 3, 2012, defendants filed an emergency motion for mandatory and prohibitory preliminary injunctive relief against Travelers.  Defendants' reason for not making efforts to consult with the opposing party, that is, that the substance of the motion pits the sides against each other, is insufficient.  Accordingly,

1   THE COURT HEREBY ORDERS that defendants Williams Brother, Inc., and Peek Construction Company, shall notice Traveler's of their motion and attempt to consult with Travelers regarding the motion on or before February 13, 2012.

   THE COURT FURTHER ORDERS that a hearing shall be conducted on Travelers' motion for preliminary injunction and defendants' emergency motion for mandatory prohibitory preliminary injunctive relief on  Wednesday , February  15 , 2012, at 10:00 AM Courtroom 6B.

   THE COURT FURTHER ORDERS that Travelers may file a written response to defendants' motion before the hearing, if it so wishes.

   Dated this  9  day of February, 2012.

   _____
   Lloyd D. George
   United States District Judge

2