UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>Defendants. | Case No.: 2:12-cv-00058-LDG -RJJ<br><br>**ORDER** |

On January 25, 2012, Plaintiff Travelers Casualty and Surety Company of America ("Travelers") filed its motion (Document 6) requesting an order that defendants Williams Brother, Inc. ("WBI") and Peek Construction Company ("PCC") provide full access to their books and records, and WBI and PCC filed a limited response (Document 26) agreeing to produce their books and records, and the Court having considered the Motion, the Response, and the statements of counsel at the February 15, 2012 hearing on the Motion, and good cause appearing,

The Court hereby grants Travelers' Motion and orders that WBI and PCC each produce their books and records, including project records, bank statements, checks and transfers, appraisals, auction contracts and auction settlement statements on dates set by agreement of counsel, to begin the week of February 20, 2012.

Dated this 17 day of February, 2012.

_____
Lloyd D. George
United States District Judge