# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>    Defendants. | 2:12-cv-0058-LDG-RJJ<br><br>**ORDER** |

TO:   WILLIAMS BROTHER, INC., and PEEK CONSTRUCTION COMPANY

The court having examined the Application for Order to Show Cause and for Issuance of Writ of Possession on file herein, and finding that the statement of facts in support of the application and other evidence meet the requirements of the Nevada Revised Statutes, and the court being fully advised of the premises and good cause appearing,

THE COURT HEREBY ORDERS that you are to appear in Courtroom 6B in the Lloyd D George United States Courthouse at   8:00 AM   on   Friday, April 20   , 2012, and show cause why the property described in the complaint, the application, the statement of facts and declaration should not be taken from you and delivered to the plaintiff.

THE COURT FURTHER ORDERS that you may file affidavits on your behalf with the court and you may appear and present testimony on your behalf at the hearing or you may, at any prior time, file with the court a written undertaking to state delivery of the property pursuant to NRS 31.890.

1  THE COURT FURTHER ORDERS that this order and the statement of facts in support of
2  this order and the declaration of Steven W. Pand shall be served upon the defendants no later than
3  April 9, 2012.

6  Dated this ____ day of April, 2012.

_____
Lloyd D. George
United States District Judge

2