JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 6109
**PENGILLY ROBBINS SLATER**
1755 Village Center Circle
Las Vegas, NV  89134
Telephone:  (702) 889-6665
Facsimile:   (702) 889-6664
E-mail: jpengilly@pengillylawfirm.com
E-mail: rrobbins@pengillylawfirm.com
*Attorneys for Non-Parties*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC. a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust;<br><br>                    Defendants. | CASE NO.:   2:12-CV-00058-KJD-RJJ<br><br>**NON-PARTIES LESLIE AND ROBERT JAY'S MOTION TO WITHDRAW EMERGENCY MOTION FOR PROTECTIVE ORDER** |

/ / /

/ / /

/ / /

### NON-PARTIES LESLIE AND ROBERT JAY'S MOTION TO WITHDRAW EMERGENCY MOTION FOR PROTECTIVE ORDER

Non-Parties LESLIE JAY and ROBERT JAY ('Non-Parties'), through their undersigned counsel, file this Motion to Withdraw Emergency Motion for Protective Order. This Motion is based upon the attached memorandum of points and authorities, the filed pleadings and papers.

### MEMORANDUM OF POINTS AND AUTHORITIES

Non-Parties respectfully request this Court to withdraw Non-Parties Emergency Motion for Protective Order. The issues raised by the Motion -- along with the requested injunctive relief -- are rendered moot because Non-Parties and Plaintiff were able to reach an agreement regarding the personal financial records of Non-Parties. Plaintiff has agreed to not pursue the personal financial records of Non-Parties, Leslie and Robert Jay, pursuant to the subject subpoena as this time. As a result, Non-Parties Leslie and Robert Jay respectfully request this Court to withdraw the Emergency Motion for Protective Order.

RESPECTFULLY SUBMITTED this ___22nd___ day of May, 2012.

**PENGILLY ROBBINS SLATER**

/s/ ROBERT T. ROBBINS _____
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 8667
*Defendants' Attorneys*

### ORDER

IT IS SO ORDERED.

DATED this __22d___ day of May, 2012.

_____Robert J. Johnston_____
WP KVGF "UVCVGU"OCI KUVTCVG"LWF I G