# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | 2:12-cv-0058-LDG-RJJ |
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAMS BROTHER, INC., et al., | |
| Defendants. | |

THE COURT HEREBY ORDERS that plaintiff's motion to strike defendants' emergency motion exhibits (#27) is DENIED without prejudice.

Dated this 24 day of September, 2012.

_____
Lloyd D. George
United States District Judge