ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
EDWARD RUBACHA, ESQ. (*Pro Hac Vice*)
JOSEPH A. BROPHY, ESQ. (*Pro Hac Vice*)
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:   602-234-7800
Facsimile:     602-277-5595
E-mail: esm@jhc-law.com
E-mail: cls@jhc-law.com
E-mail: er@jhc-law.com
E-mail: jab@jhc-law.com

DAVID J. RIVERS, ESQ.
Nevada Bar No. 0384
**LEAVITT, SULLY & RIVERS**
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Telephone:   702-382-5111
Facsimile:     702-382-2892
E-mail:  djr@lsrlaw.net

Attorneys for Plaintiff/Counterdefendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust,<br><br>Defendants. | Case No.: 2:12-cv-00058-LDG -RJJ<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION – DOCKET 110** |

| | |
|---|---|
| 1 | WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation, |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, |
| 6 | |
| 7 | Counterdefendant. |

Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") hereby withdraws its Motion to Compel (Docket 110) Tanner, LLC ("Tanner"), Gibbs Trucking, LLC ("Gibbs"), and Ryder Construction, LLC ("Ryder") (collectively, "Respondents") to comply with a subpoena duces tecum issued and served by Travelers. The motion was based on boilerplate objections filed by Respondents to Travelers' subpoena, which objections are not allowed by Rule 45 and unsupported by any evidence.

Recently, counsel for Respondents produced a small amount of documents responsive to the subpoena. Although Travelers does not believe that all responsive documents have been produced, Respondents' counsel's representation is that all responsive documents that exist have been produced. Travelers has scheduled a Rule 30(b)(6) deposition of one of the Respondents the afternoon of October 9, after the scheduled hearing on the Motion to Compel (currently set for October 19, 2012, at 9:00 a.m. before Magistrate Judge Robert J. Johnston). After that deposition, Travelers will have a more clear idea of what documents may exist and whether all responsive documents have, in fact, been produced.

Therefore, Travelers withdraws its motion to compel at this time and asks that the hearing on that motion (Docket 110) be vacated. If, during the deposition, evidence of additional documents not produced is discovered, counsel for Travelers will attempt to

work with counsel for Respondents to produce those documents. If no additional responsive documents are discovered, the matter will be resolved.

DATED this 8th day of October, 2012.

                                          JENNINGS, HAUG & CUNNINGHAM, L.L.P.

/s/ Chad L. Schexnayder
ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
EDWARD RUBACHA, ESQ. *(Pro Hac Vice)*
JOSEPH A. BROPHY, ESQ.
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
(602) 234-7800
Attorneys for Plaintiff/Counterdefendant

```
IT IS SO ORDERED. Motion to Compel
[110] is withdrawn from consideration
by the court.
.
.
_____
UNITED STATES MAGISTRATE JUDGE
DATE: OCT. 11, 2012
```