# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>Defendants. | Case No.: 2:12-cv-00058-LDG -RJJ<br><br>**ORDER** |

On October 23, 2012, plaintiff Travelers Casualty and Surety Company of America filed an emergency motion to compel (#141) seeking access to particular business records of Defendants Williams Brother, Inc. ("WBI") and Peek Construction Company ("PCC") under the Court's Order dated February 17, 2012 (#32). Defendants WBI and PCC filed a response agreeing to produce the records sought by Travelers (#145), and Travelers filed a reply in support of the emergency motion (#148). The Court having considered the Emergency Motion, the Response, the Reply, and the statements of counsel at the November 8, 2012, hearing on the Emergency Motion, and good cause appearing,

The Court hereby grants Travelers' Emergency Motion and orders as follows:

(1) On Friday, November 9, 2012 (and continuing thereafter until completed), WBI and PCC shall provide Travelers and Travelers' forensic data consultant access to their servers and other electronic storage devices utilized for storage of the business data and electronic business records of these Defendants for comprehensive, secure (full forensic) imaging.

(2) On Monday, November 12, 2012, at 3:00 p.m., WBI and PCC shall provide possession to Travelers of all paper accounts payable and job cost records for their projects.

(3) WBI and PCC, and their employees, officers, agents, and attorneys, shall provide possession to Travelers of the entire paper and electronic files in their custody or control relating to any and all projects bonded by Travelers for WBI or PCC, in furtherance of this Court's February 17, 2012, order (#32) and in furtherance of this Court's August 30, 2012, order (#119).

(4) There shall be no waiver of the attorney client or work product privileges by any Defendant from the inadvertent disclosure of privileged materials that occurs pursuant to the production of books and records required by the order. No inadvertently disclosed privileged document will be used by Travelers for any purpose without first obtaining order of this Court or other competent tribunal regarding its privileged nature or permitting its use.

IT IS SO ORDERED.

Dated this __9th__ day of November, 2012.

_____
Robert J. Johnston
United States Magistrate Judge