Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
Email: oatamoh@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
*Attorneys for Veritext Corporation, a Delaware Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust,<br><br>          Defendants.<br><br>WILLIAMS BROTHER, INC., a Nevada Corporation; PEEK CONSTRUCTION COMPANY, a Nevada Corporation,<br><br>          Counterclaimants,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>          Counterdefendant. | Case No.:    2:12-cv-00058-LDG-RJJ<br><br>**VERITEXT'S MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

1

09681-01/1021753.doc

# VERITEXT'S MOTION TO REMOVE ATTORNEY
# FROM ELECTRONIC SERVICE LIST

Veritext Corporation, a Delaware corporation ("Veritext") and owner of Sarnoff Court Reporters, a Veritext Company ("Sarnoff"), through its undersigned counsel, COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON, hereby submits this Motion to Remove Attorney from Electronic Service List (the "Motion") and states the following:

1. That the Cotton Firm requests to be removed from the CM/ECF service list relating to all filings and notices in connection with Case No. 2:12-cv-00058-LDG-RJJ; and

2. The Clerk of the Court is directed to take necessary action to effectuate this order of this Motion.

Dated this 7th day of February, 2013.

COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON

OGONNA M. ATAMOH, ESQ. (NBN 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Veritext Corporation, a Delaware Corporation*

ORDER

The motion is granted and the hearing set for this motion for February 25, 2013 is VACATED. That hearing remains on calendar with respect to Docket # 109.

IT IS SO ORDERED.

DATED this 15th February, 2013.

United States Magistrate Judge

2

09681-01/1021753.doc