# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cv-00058-LDG-NJK |
| vs. | ORDER GRANTING IN PART MOTION TO WITHDRAW AS ATTORNEY (Docket No. 175) |
| WILLIAMS BROTHER, INC., et al., | |
| Defendants. | |

Pending before the Court is Pengilly Robbins Slater's motion to withdraw as counsel of record for Williams Brother, Inc., Peek Construction Company, Brenda Compton Peek, Michael L. Peek, ECCL Holdings, LLC, BLC Nevada Trust dated April 20, 2006, Mark Gubler, Dawna Gubler, Darin Gubler and Karen Gubler.  Docket No. 175.  Michael Peek responded by filing an affidavit.  Docket No. 182.  The matter came on for hearing on February 8, 2013 and again on February 22, 2013.  *See* Docket Nos. 183, 191.  For good cause shown and for the reasons more fully discussed at the February 22, 2013 hearing, the Court **GRANTS** the motion, except as to Darin Gubler and Karen Gubler, effective once Robert Robbins complies with the instructions below.

No later than February 27, 2013, Mr. Robbins shall serve this order on all of the above-listed Defendants and file a proof of service.[1]

No later than March 22, 2013, Defendants Mark Gubler, Dawna Gubler, Brenda Compton Peek and Michael L. Peek shall either have their new counsel enter an appearance on their behalf or file a certification with the Court indicating that they intend to proceed pro se.

Corporations may appear in federal court only through licensed counsel.  *U.S. v. High*

---

[1] Mr. Robbins is also ordered to serve the concurrently-filed order to show cause as explained more fully therein.

*Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly, Williams Brother, Inc., Peek Construction Company, ECCL Holdings, LLC, and BLC Nevada Trust dated April 20, 2006 shall retain counsel and file with the Court no later than March 11, 2013 a notice of appearance of the newly-retained counsel.

IT IS FURTHER ORDERED that the Clerk of the Court shall:

1. Add the last known address of Defendants Williams Brother, Inc., Peek Construction Company, Brenda Compton Peek, Michael L. Peek, ECCL Holdings, LLC and BLC Nevada Trust Dated April 20, 2006 to the civil docket:

> 6440 Sky Point Drive Suite 140-385
> Las Vegas Nevada 89131
> (702) 219-1413
>
> 2606 East La Madre Way
> North Las Vegas, Nevada 89081
> (702) 219-1413

2. Add the last known address of Defendants Mark and Dawna Gubler to the civil docket:

> 11216 Crosseto Dr.
> Las Vegas, Nevada 89141
> (702) 378-5697

3. Serve Defendants with a copy of this order at their last known addresses listed above.

IT IS SO ORDERED.

DATED: February 25, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge