# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

        Plaintiff(s),

vs.

WILLIAMS BROTHER, INC., et al.,

        Defendant(s).

Case No. 2:12-cv-00058-LDG-NJK

ORDER TO APPEAR

On February 25, 2013, the Court ordered Defendants Michael Peek and Brenda Compton Peek to show cause why they should not be sanctioned. Docket No. 193. The Court has now received a response. Docket No. 201. The Court hereby orders Michael Peek, Brenda Compton Peek, Robert Robbins, and John Muije to appear for a hearing on April 4, 2013 at 10:00 a.m. in Courtroom 3B, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. Both Robert Robbins and John Muije are further ORDERED to serve on Michael Peek and Brenda Compton Peek this Order to Appear and to file a proof of service thereof, no later than March 19, 2013.

IT IS SO ORDERED.

DATED: March 12, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge