UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | 2:12-cv-0058-LDG-RJJ |
| Plaintiff, | ORDER |
| v. | |
| WILLIAMS BROTHER, INC., et al., | |
| Defendants. | |

The magistrate judge has issued a report and recommendation that default judgment be entered against defendants Williams Brother, Inc., Peek Construction Company, ECCL Holdings, LLC, and BLC Nevada Trust for their failure to retain counsel, as ordered by the magistrate judge (#213), and a report and recommendation that plaintiff's motion to dismiss defendants William Brother, Inc.'s, and Peek Construction Company's counterclaims (#210) be granted for these defendant's failure to show cause or otherwise comply with the magistrate judge's orders (#216). No objections have been timely filed to the reports and recommendations.

The court has reviewed the record and finds the magistrate judge's recommendations to be sound. Furthermore, in the absence of any objection to the report and recommendation, the court need not review de novo any factual determination made by the magistrate judge. See 28 U.S.C. §

636(b)(1). Accordingly, for the reasons stated in the magistrate judge's reports and recommendations,

THE COURT HEREBY ORDERS that the magistrate judge's report and recommendation that default judgment be entered against defendants Williams Brother, Inc., Peek Construction Company, ECCL Holdings, LLC, and BLC Nevada Trust for their failure to retain counsel, as ordered by the magistrate judge (#213), and her report and recommendation that plaintiff's motion to dismiss defendants William Brother, Inc.'s, and Peek Construction Company's counterclaims (#210) are ADOPTED.

THE COURT FURTHER ORDERS that plaintiff shall have twenty (20) days from the date of this order in which to file a proposed order on default judgment.

THE COURT FURTHER ORDERS that plaintiff's motion to dismiss defendants William Brother, Inc.'s, and Peek Construction Company's counterclaims (#210) is GRANTED.

Dated this ___ day of June, 2013.

_____
Lloyd D. George
United States District Judge