UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | 2:12-cv-0058-LDG-RJJ |
| Plaintiff, | AMENDING ORDER |
| v. | |
| WILLIAMS BROTHER, INC., et al., | |
| Defendants. | |

THE COURT HEREBY AMENDS its order of June 7, 2013 (#217) as follows: the reference to (#210) at page one, line 20, and at page two, line 8, shall be amended to read (#216).

Dated this ___ day of June, 2013.

_____
Lloyd D. George
United States District Judge