1  ELAN S. MIZRAHI, ESQ.
   Nevada Bar No. 7450
2  CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
   EDWARD RUBACHA, ESQ. (*Pro Hac Vice*)
3  JOSEPH A. BROPHY, ESQ. (*Pro Hac Vice*)
   **JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
   2800 North Central Avenue, Suite 1800
4  Phoenix, Arizona 85004-1049
   Telephone: 602-234-7800
5  Facsimile: 602-277-5595
   E-mail: esm@jhc-law.com
6  E-mail: cls@jhc-law.com
   E-mail: er@jhc-law.com
7  E-mail: jab@jhc-law.com

8  DAVID J. RIVERS, ESQ.
   Nevada Bar No. 0384
9  **LEAVITT, SULLY & RIVERS**
   601 E. Bridger Avenue
10 Las Vegas, Nevada 89101
   Telephone: 702-382-5111
11 Facsimile: 702-382-2892
   E-mail: djr@lsrlaw.net

12 Attorneys for Plaintiff/Counterdefendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust,<br><br>Defendants. | Case No.: 2:12-cv-00058-LDG -NJK<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS WILLIAMS BROTHER, INC, PEEK CONSTRUCTION COMPANY, ECCL HOLDINGS, LLC, AND BLC NEVADA TRUST** |

The Court having reviewed the Magistrate Judge's report and recommendation that default judgment be entered against Defendants Williams Brother, Inc., Peek Construction Company, ECCL Holdings, LLC and BLC Nevada Trust for their failure to retain counsel, as ordered by the Magistrate Judge, no objections having been timely filed to the reports and recommendations, and the Court also having reviewed the Declaration of Steven W. Pand filed on June 14, 2013 and Section 3 of the General Agreements of Indemnity (Dkt. 1, exh. A and B) which state that such a declaration is *prima facie* evidence of the amount and existence of Defendants' liability, and good cause appearing, and there being no just reason for delay,

The Court hereby directs entry of judgment in favor of Plaintiff Travelers Casualty and Surety Company of America and against Defendants Williams Brother, Inc., Peek Construction Company, ECCL Holdings, LLC and BLC Nevada Trust in the amount of $14,692,718.49.

IT IS FURTHER ORDERED that Plaintiff shall be entitled to its taxable costs pursuant to Rule 54(d), Fed.R.Civ.P.

DATED: _____17_____ June 2013

_____
The Honorable Lloyd D. George
United States District Court Judge