ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
EDWARD RUBACHA, ESQ. (*Pro Hac Vice*)
JOSEPH A. BROPHY, ESQ. (*Pro Hac Vice*)
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:   602-234-7800
Facsimile:    602-277-5595
E-mail:  esm@jhc-law.com
E-mail:  cls@jhc-law.com
E-mail:  er@jhc-law.com
E-mail:  jab@jhc-law.com

DAVID J. RIVERS, ESQ.
Nevada Bar No. 0384
**LEAVITT, SULLY & RIVERS**
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Telephone:  702-382-5111
Facsimile:   702-382-2892
E-mail:  djr@lsrlaw.net

Attorneys for Plaintiff/Counterdefendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust,<br><br>              Defendants. | Case No.: 2:12-cv-00058-LDG -NJK<br><br>**JUDGMENT OF DISMISSAL OF COUNTERCLAIM** |

|   |   |
|---|---|
| 1 | WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation, |
| 2 | |
| 3 | Counterclaimants, |
|   | vs. |
| 4 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, |
| 5 | |
| 6 | Counterdefendant. |

The Court having reviewed Travelers Casualty and Surety Company of America's Motion to Dismiss the Counterclaim Asserted by Defendants Williams Brother, Inc. and Peek Construction Company, no opposition having been filed and good cause appearing, and the Court finding no just reason for delay,

The Court expressly directs that final judgment be entered dismissing the counterclaims asserted by William Brother, Inc. and Peek Construction Company against Travelers Casualty and Surety Company of America with prejudice.

DATED: _____

_____
The Honorable Lloyd D. George
United States District Court Judge

2