ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
EDWARD RUBACHA, ESQ. (*Pro Hac Vice*)
JOSEPH A. BROPHY, ESQ. (*Pro Hac Vice*)
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:  602-234-7800
Facsimile:    602-277-5595
E-mail: esm@jhc-law.com
E-mail: cls@jhc-law.com
E-mail: er@jhc-law.com
E-mail: jab@jhc-law.com

DAVID J. RIVERS, ESQ.
Nevada Bar No. 0384
**LEAVITT, SULLY & RIVERS**
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Telephone:  702-382-5111
Facsimile:    702-382-2892
E-mail: djr@lsrlaw.net

Attorneys for Plaintiff/Counterdefendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust,<br><br>Defendants. | Case No.: 2:12-cv-00058-LDG –NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

| | |
|---|---|
| 1 | WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION |
| 2 | COMPANY, a Nevada corporation, |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut |
| 6 | corporation, |
| 7 | Counterdefendant. |

## SUBSTITUTION OF ATTORNEY

Plaintiff/Counterdefendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA hereby substitutes George E. Robinson, Esq., of Pezzillo Lloyd, 6725 Via Austi Parkway, Suite 290, Las Vegas, Nevada 89119, (702) 233-4225, as attorney of record in place and stead of: David J. Rivers, Esq. and the law firm of Leavitt, Sully & Rivers.

Dated this 27 day of June, 2013.

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

By: _[signature]_
Its: _Managing Director_

I hereby consent to the above and foregoing substitution.

Dated this ____ day of June, 2013.

LEAVITT, SULLY & RIVERS

_____
DAVID J. RIVERS, ESQ.
Nevada Bar No. 0384
601 E. Bridger Avenue
Las Vegas, NV 89101
(702) 382-5111

| | |
|---|---|
| 1 | WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation, |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, |
| 6 | |
| 7 | Counterdefendant. |

## SUBSTITUTION OF ATTORNEY

Plaintiff/Counterdefendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA hereby substitutes George E. Robinson, Esq., of Pezzillo Lloyd, 6725 Via Austi Parkway, Suite 290, Las Vegas, Nevada 89119, (702) 233-4225, as attorney of record in place and stead of: David J. Rivers, Esq. and the law firm of Leavitt, Sully & Rivers.

Dated this _____ day of June, 2013.

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

By:_____

Its:_____

I hereby consent to the above and foregoing substitution.

Dated this 12th day of June, 2013.

LEAVITT, SULLY & RIVERS

_____
DAVID J. RIVERS, ESQ.
Nevada Bar No. 0384
601 E. Bridger Avenue
Las Vegas, NV 89101
(702) 382-5111

2

1     I am duly admitted to practice in this District.

2     Above substitution accepted.

3     Dated this _12_ day of June, 2013.

                                  PEZZILLO LLOYD

                                  GEORGE E. ROBINSON, ESQ.
                                  Nevada Bar No. 9667
                                  6725 Via Austi Parkway, Suite 290
                                  Las Vegas, NV  89119
                                  (702) 233-4225

Please check one:__X__ RETAINED, or _____ APPOINTED BY THE COURT

                                  APPROVED:

DATED: July 1, 2013

                                  United States Magistrate Judge