# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | 2:12-cv-0058-LDG-NJK |
|      Plaintiff, | ORDER |
| v. | |
| WILLIAMS BROTHER, INC., et al., | |
|      Defendants. | |

Plaintiff Travelers Casualty and Surety Company of America has filed an emergency motion for injunctive relief freezing all assets of the indemnitor defendants (subject only to living expenses approved by the court) (#225, opposition #236 by Michael and Brenda Peek, reply #237).  Good cause appearing,

THE COURT HEREBY ORDERS that a hearing on Travelers' emergency motion for injunctive relief (#225) shall be conducted on the  10  th day of July, 2013, at  10:00 AM , in Courtroom 6B, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101.

THE COURT FURTHER ORDERS that indemnitor defendants Michael and Brenda Peek, and Mark and Dawna Gubler shall make personal appearances at the hearing, and that the failure

1   to appear of an indemnitor defendant may result in the granting of injunctive relief against such

2   defendant and the consideration of other sanctions.

3

4       Dated this  8th   day of July, 2013.

5

6       _____
        Lloyd D. George
7       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2