# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>Defendants. | Case No.: 2:12-cv-00058-LDG -RJJ<br><br>**TEMPORARY RESTRAINING ORDER** |

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") having filed an Emergency Motion for Injunctive Relief Freezing Assets of Indemnitor Defendants (Document 225), the Court having requested supplemental briefing, and good cause appearing,

IT IS HEREBY ORDERED enjoining and restraining the Indemnitor Defendants, by themselves or through others, but not including Mark and Dawna Gubler, who have filed bankruptcy, from selling, transferring, disposing of, or liening their assets and property including the assets and property of all entities owned or controlled by Indemnitor Defendants, or expending any funds until resolution of Travelers' Emergency Motion, with the exception for expenditures for Court-approved living expenses;

IT IS FURTHERED ORDERED that Indemnitor Defendants shall provide to the Court and counsel for Travelers by 4:30 p.m. on July 12, 2013, an itemized accounting of the proposed living expenses to be paid and the sources of such funds to be used to pay such expenses, including the accounts from which funds are obtained and the original source of such funds;

IT IS FURTHERED ORDERED that Travelers shall file any objections to the itemized accounting by 4:30 p.m. on July 15, 2013;

IT IS FURTHEREED ORDERED that, due to the temporary nature of this order that no bond shall be required of Travelers.

Dated this __11th__ day of July, 2013.

_____
Lloyd D. George
United States District Judge