ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
EDWARD RUBACHA, ESQ. *(Pro Hac Vice)*
JOSEPH A. BROPHY, ESQ. (*Pro Hac Vice*)
**Jennings, Haug & Cunningham, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:  602-234-7800
Facsimile:   602-277-5595
E-mail:  esm@jhc-law.com
E-mail:  cls@jhc-law.com
E-mail:  er@jhc-law.com
E-mail:  jab@jhc-law.com

GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
**PEZZILLO LLOYD**
6725 Via Austi Parkway, Suite 290
Las Vegas, Nevada 89119
Telephone: 702-233-4225
Facsimile:   702-233-4252
E-mail:  grobinson@pezzillolloyd.com

Attorneys for Plaintiff/Counterdefendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA | Case No.: 2:12-cv-00058-LDG-NJK<br><br>**TEMPORARY RESTRAINING ORDER** |

| | |
|---|---|
| 1 | WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust, |
| | Defendants. |
| | WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation, |
| | Counterclaimants, |
| | vs. |
| | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, |
| | Counterdefendant. |

The Court has considered Travelers' motion to expand temporary restraining order to include corporate defendants Peek Construction Company, Inc., ECCL Holdings, LLC and BLC Nevada Trust dated April 20, 2006, pending the hearing and determination of plaintiff's motion for a preliminary injunction in this action; Travelers' motion for preliminary injunction freezing defendants' assets and the opposition and reply thereto [Dkt. 225, 236, 237]; and the affidavit(s) of Travelers' counsel [Dkt. 226-229].

The Court finds that Travelers has a strong chance of success on the merits of its lawsuit against all defendants; it appears that Travelers has

1  demonstrated defendants' unauthorized disposition of Travelers' collateral, and
2  that Travelers faces irreparable injury from the dissipation of assets that may be
3  used to satisfy defendants' common law and contractual obligations to post
4  collateral security with Travelers for any potential losses sustained under the
5  payment and performance bonds it wrote on behalf of defendants; that
6  Travelers has sought specific performance of its contractual collateral security
7  obligation and has a strong chance of success on that claim; that the money
8  damages from any eventual judgment do not provide an adequate remedy for
9  the failure to honor such an obligation, which is due before any indemnity
10 obligation, *see e.g.*, *Milwaukie Constr. Co. v. Glens Falls Ins. Co.*, 367 F.2d 964, 966
11 (9th Cir. 1965)("[W]here [a surety knows it will] have liability claims filed
12 against it but [does] not know the amount of those claims, the legal remedy of
13 money damages [is] not adequate."); and that defendants have notice of this
14 temporary restraining order.

   On the basis of these pleadings and the above findings,

   1.   IT IS ORDERED enjoining and restraining Peek Construction Company, Inc., ECCL Holdings, LLC and BLC Nevada Trust dated April 20, 2006, by themselves or through others, from selling, transferring, disposing of, or encumbering their assets and property including the assets and property of all entities owned or controlled by them, or expending any funds until resolution of Travelers' Emergency Motion;

   2.   IT IS FURTHER ORDERED that Travelers shall be required to post a bond or, in lieu of a bond, lawful money in the amount of $10;

1       3.    IT IS FURTHER ORDERED that the temporary restraining order entered on July 11, 2013 as to the remaining defendants shall remain in effect until the resolution of Travelers' pending motion for preliminary injunction.

DATED this ____6____ day of __September__, 2013.

                                     _____
                                     Lloyd D. George
                                     United States District Judge