UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>    Defendants. | 2:12-cv-0058-LDG-RJJ<br><br><br><br>**ORDER** |

     This matter comes before the court on plaintiff Travelers Casualty and Surety Company of America's motion for order to show cause and motion for order segregating and sequestering collateral (tax refunds) (#166), and motion for order segregating and sequestering collateral (tax refunds) (#172). On February 28, 2013, the court issued a temporary restraining order enjoining Brenda Compton Peek and Michael Peek from alienating or encumbering any tax refunds for them for the tax years 2009 through 2012 (#196). The court has since been apprised that the tax refund for the 2011 tax year was received and alienated shortly before the temporary restraining order was issued, despite the pendency of Travelers' motion for an order to show cause why the refunds should not be sequestered. In any event, the Peek's assets are frozen by temporary restraining order, and the court is taking into account the circumstances surrounding the alienation of the tax

refund while it considers issuance of a preliminary injunction for asset freeze. Therefore, it would serve no apparent purpose at this time to proceed with the order to show cause. Accordingly,

THE COURT HEREBY ORDERS that Travelers Casualty and Surety Company of America's motion for order to show cause and motion for order segregating and sequestering collateral (tax refunds) (#166) and motion for order segregating and sequestering collateral (tax refunds) (#172) are DENIED as moot.

Dated this 30 day of September, 2013.

_____
Lloyd D. George
United States District Judge