ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
E-mail: esm@jhc-law.com
CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
E-mail: cls@jhc-law.com
EDWARD RUBACHA, ESQ. (*Pro Hac Vice*)
E-mail: er@jhc-law.com
JOSEPH A. BROPHY, ESQ. (*Pro Hac Vice*)
E-mail: jab@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:  602-234-7800
Facsimile:   602-277-5595
Court Documents: docket@jhc-law.com

GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
**PEZZILLO LLOYD**
6725 Via Austi Parkway, Suite 290
Las Vegas, Nevada 89119
Telephone:  702-233-4225
Facsimile:   702-233-4252
E-mail:  grobinson@pezzillolloyd.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust,<br><br>Defendants. | Case No.: 2:12-CV-00058-LDG -NJK<br><br>**PRELIMINARY INJUNCTION** |

WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation,

Counterclaimants,

vs.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Counterdefendant.

On July 11, 2013, Plaintiff Travelers Casualty and Surety Company of America ("Travelers") filed its emergency motion for injunctive relief freezing all assets of the indemnitor defendants (Document 225). After considering the responses and replies filed by the parties, all evidence offered and comments of counsel as presented at the hearings that have been held on the injunctive relief motion, including the final hearing on September 12, 2013,

IT IS HEREBY ORDERED that Peek Construction Company, ECCL Holdings, LLC and BLC Nevada Trust Dated April 20, 2006 (the "Entity Indemnitors"), and Michael Peek and Brenda Compton Peek (collectively the "Individual Indemnitors") and other persons who are in active concert or participation with any of the Entity Indemnitors or the Individual Indemnitors, which persons include, but are not limited to, H-Town Holdings, LLC, CP Enterprises, LLC, Bays, LLC, Gibbs Trucking, LLC, Tanner, LLC and CSC Holdings, LLC (all of whom collectively, along with the Entity Indemnitors and Individual Indemnitors are referred to herein as the "Enjoined Parties"), are enjoined and restrained, by themselves and through others, from selling, transferring, disposing of or encumbering their assets and property, including the assets and property of entities owned or controlled by them.

As to the Individual Indemnitors, expenditures for court-approved living expenses are permitted, but only upon compliance with the following procedure:

a) On or before the 25th day of the month preceding any expenditure, Individual

Indemnitors shall serve electronically upon counsel for Travelers Casualty and Surety Company of America, that next month's budget of proposed living expenses to be paid, in the form attached to this injunction as Exhibit "A," which form expressly requires identification of the source of the funds to be used for expenditures, including the bank account and bank identification information for cash on hand. Expenditures listed in the budget shall not be exceeded by ten percent (10%) without order of this Court or service of an amended budget upon Travelers. Individual Indemnitors are required to prepare and serve a new budget for each month during the time this injunction remains in effect.

b) To the extent Individual Indemnitors have not already served the expenditure budget for the month of October 2013 as required by this Court's July 11, 2013 Temporary Restraining Order, the Individual Indemnitors are required to serve upon Travelers an October 2013 budget for the balance of the month within five calendar days of the entry of this injunction.

c) If Travelers objects to any portion of the budget or the identification of source of the funds, it shall file an objection with this Court no later than six calendar days following service of the budget, which objection shall be set for hearing before this Court. On the tenth day of the month following any budget submitted pursuant to the terms of this injunction, Individual Indemnitors shall file an accounting which details the actual expenditure of funds, identifying dates, amounts and payees for all expenditures of funds for the preceding month, and identifying any variance from the previously submitted budget.

Any Enjoined Party may file an application to the Court for advance approval for third-party use of assets during the period in which this preliminary injunction remains in place.

The Court affirms all requirements of the Temporary Restraining Order entered on July 11, 2013 (Document 244) continued in effect by Order of July 17, 2013 (Document 251) and expanded as to additional parties on September 6, 2013 at Document 281. The Court

3

1 | finds that this injunction is appropriate for the reasons spelled out in detail in this Court's
2 | October 4, 2013 Order (Document 296).
3 |     The Court orders that Travelers shall post a bond for preliminary injunction, which
4 | bond shall be conditioned for the payment of damages, if any, suffered by any Enjoined
5 | Party who is found to have been wrongfully enjoined.
6 |     Dated this ___ day of ___Qevqdgt___, 2013.

*/s/ Lloyd D. George*
Lloyd D. George
Senior U.S. District Judge

14 | 3392-49

4

# EXHIBIT A

# Household Expenditure Budget

# Month of _____

| Sources of Funds | |
|---|---|
| Salary or Cash from Business | |
| Wages from Other Sources (attach list to this report) | |
| Interest or Dividend Income | |
| Alimony or Child Support | |
| Social Security/Pension/Retirement | |
| Sale of Household Assets (attach list to this report) | |
| Loans/Borrowing from Outside Sources (attach list to this report) | |
| Other (specify) (attach list to this report) | |

| DISBURSEMENTS | |
|---|---|
| Alimony or Child Support Payments | |
| Charitable Contributions | |
| Gifts | |
| Household Expenses/Food/Clothing | |
| Household Repairs & Maintenance | |
| Insurance | |
| IRA Contribution | |
| Lease/Rent Payments | |
| Medical/Dental Payments | |
| Mortgage Payment(s) | |
| Other Secured Payments | |
| Taxes - Personal Property | |
| Taxes - Real Estate | |
| Taxes Other (attach schedule) | |
| Travel & Entertainment | |
| Tuition/Education | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | |
| Vehicle Expenses | |
| Vehicle Secured Payment(s) | |
| | |
| Professional Fees (Legal, Accounting) | |
| Other (attach schedule) | |