UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>    Defendants. | 2:12-cv-0058-LDG-RJJ<br><br>**ORDER** |

THE COURT HEREBY ORDERS that the time for plaintiff to respond to defendants' emergency motion for reconsideration (#313) shall be SHORTENED to November 12, 2013. In its response, plaintiff should place particular emphasis on defendants' proposal to provide an operating-expense margin for the non-party entities subject to the preliminary injunction.

Dated this ___ day of November, 2013.

_____
Lloyd D. George
United States District Judge