UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | 2:12-cv-0058-LDG-NJK |
| Plaintiff, | ORDER |
| v. | |
| WILLIAMS BROTHER, INC., et al., | |
| Defendants. | |

THE COURT HEREBY ORDERS that a hearing shall be conducted before this court on defendants' Peek Construction Company, Brenda Compton Peek, Michael L. Peek, ECCL Holdings, LLC, and BLC Nevada Trust dated April 20, 2006's emergency motion to approve expenses and to approve transfer of funds to pay attorney's fees (#310 and #311), and defendants' motion for reconsideration of preliminary injunction (#313), on the __13__ th day of December, 2013, at 10:00 a.m. The parties should concentrate their arguments on (1) whether the nonparty entities whose interests are being asserted by defendants should retain independent counsel, (2) proposed modifications of the preliminary injunction to allow the nonparty entities to carry out day-to-day operations of the entities without approval by the court, and (3) whether defendants'

1  emergency motion to approve expenses and to pay attorney's fees complies with the preliminary
2  injunction requiring express identification of the sources of funds to be used for expenditures.
3
4  DATED this ___5___ day of December, 2013.
5
6
7  _____
   Lloyd D. George
8  Sr. United States District Judge

2