UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>          Plaintiff(s),<br><br>vs.<br><br>WILLIAMS BROTHER INC., et al.,<br><br>          Defendant(s). | Case No. 2:12-cv-0058-LDG-NJK<br><br>ORDER SEALING DOCKET NO. 230-1 AND ORDER REQUIRING THE FILING OF A REDACTED VERSION<br><br>(Docket No. 353) |

     Pending before the Court is Plaintiff's motion to seal Docket No. 230-1. Docket No. 353. Plaintiff asserts that sealing is necessary because Plaintiff's counsel inadvertently filed the document with certain personal information that must be redacted pursuant to Special Order No. 108. *See id.*[1] As an initial matter, the "responsibility for redacting these personal identifiers rests solely with counsel and the parties." *See* Special Order No. 108 at 2. The Court reminds Plaintiff's counsel that it expects strict compliance in the future with the Federal Rules of Civil Procedure, the Local Rules, and all applicable special orders, including Special Order 108.

//

//

---

[1] The pending motion to does not identify the type of personal information included in the document or the page(s) on which it appears. From the Court's review of Docket No. 230-1, it appears to include at a minimum financial account numbers for which partial redaction may be required. *See* Special Order No. 108 at 1.

1   For good cause shown, the Court hereby ORDERS that Docket No. 230-1 be sealed. The
2 Court further ORDERS Plaintiff's counsel to refile on the public docket, no later than February 10,
3 2014, a redacted version of Docket No. 230-1 that complies with Special Order No. 108.
4   IT IS SO ORDERED.
5   DATED: February 5, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge