UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | 2:12-cv-0058-LDG-RJJ |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| WILLIAMS BROTHER, INC., et al., | |
| Defendants. | |

On March 31, 2014, the court entered an order (#378) ordering defendants to show cause why they should not be held in contempt for violation of the court's preliminary injunction. The preliminary injunction found significant evidence "that CP Enterprises, Bays, Gibbs Trucking, and H-Town, were used as vehicles to transfer, conceal and dissipate assets which would be the subject of Traveler's collateralization and indemnity claims," and therefore extended the asset freeze to those entities.

The instant order will direct the non-parties CP Enterprises, LLC, and Gregory Peek, CP Enterprises' manager, brother of defendant Michael Peek, and the signator of the real estate sales contract in question, to likewise appear at the hearing to show cause why they should not be

held in contempt of court for violation of the preliminary injunction.  CP Enterprises and Gregory Peek would be well advised to appear with counsel at the show cause hearing.  Accordingly,

THE COURT HEREBY ORDERS that CP Enterprises, LLC, and Gregory Peek shall APPEAR before this court on April 10, 2014, at 9:00 am to SHOW CAUSE why they should not be held in contempt for violation of the court's preliminary injunction.

Dated this ___ day of April, 2014.

_____
Lloyd D. George
United States District Judge