**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>           Defendants. | Case No.: 2:12-cv-00058-LDG -NJK<br><br>**ORDER RE CONTEMPT AND IN FURTHERANCE OF PRELIMINARY INJUNCTION** |

      The Court, having ordered Defendants and Gregory Peek and CP Enterprises to appear and show cause why they should not be held in contempt for violating the Court's preliminary injunction enjoining the Defendants, and any entities they control including CP Enterprises, from transferring assets without Court approval [Dkt. 378, 379], the Defendants having appeared through counsel before this Court on April 10, 2014, and after reviewing the evidence and argument presented by the parties,

      This Court finds that the preliminary injunction was violated by the transfer of the real property located at 150 S. Solitude Trail, Duck Creek Village, Utah on or about March 14, 2014,

1   CP Enterprises, LLC failed to appear through counsel in response to the
2   order to show cause, despite service upon the statutory agent of the company
3   on April 1, 2014, and Court's specific mention [Dkt. 379] to appear with counsel,
4   Gregory Peek, represented to be the manager of CP Enterprises, LLC, was
5   present in the courtroom, but did not offer testimony or argument in opposition
6   to contempt evidence presented by Plaintiff in support of its motion [Dkt. 374,
7   375],
8   IT IS HEREBY ORDERED holding Gregory Peek and CP Enterprises, LLC
9   in contempt of court for the sale of the real property located at 150 S. Solitude
10  Trail, Duck Creek Village, Utah;
11  IT IS FURTHER ORDERED that Gregory Peek, CP Enterprises, LLC, or
12  any Defendants with possession or control of any portion of the $74,949.41 in
13  proceeds from the sale of the property located at 150 S. Solitude Trail, Duck
14  Creek Village, Utah shall, no later than 5:00 p.m. the next court day after the
15  entry of this order, deposit into the Court's registry $74,949.41, which sum shall
16  be held there pending further order of this Court. If the deposit does not occur
17  as ordered, with notice thereof filed in this case, then this Court will entertain an
18  emergency motion by Plaintiff and may impose further civil and criminal
19  contempt sanctions;
20  IT IS FURTHER ORDERED enjoining the sale, transfer or encumbrance of
21  the real property located in Kane County, Utah commonly known as:
22      2860 E. Comanche Drive, Duck Creek Village, Utah also known as Lot 433
23      Swains Creek Pines Unit #3;
24      2850 E Comanche Drive, Duck Creek Village, Utah, also known as Lot 432
25      Swains Creek Pines Unit #3.
26

1    IT IS FURTHER ORDERED enjoining the sale, transfer or encumbrance
2 any interest that that Brenda Peek, Michael Peek, or the BLC Nevada Trust may
3 have in the real property located at:

4    Lot 12, Block 7, Bryce Woodland Estates Unit #2 in Kane County, Utah.

5    IT IS FURTHER ORDERED enjoining the sale, transfer or encumbrance
6 any interest that that Brenda Peek, Michael Peek, or Williams Brother Inc. may
7 have in the real property located at:

8    Lots 39 of Zion View Mountain Estates Unit E in Kane County, Utah.

9    IT IS FURTHER ORDERED enjoining the sale, transfer or encumbrance
10 any interest that that Brenda Peek, Michael Peek, CSC Holdings, LLC may have
11 in the real property located in Wilson County, Tennessee at:

12    1575 Rutland Drive, Mount Juliet, Tennessee,
13    and more particularly designated as Tract 1 and Tract 2 of TCupp &
14    Associates, LLC's Rutland Road and Beckwith Road Subdivision, as
15    described on the land survey of Fisher & Arnold, Inc. Project No.
16    DN46112.1, dated June 17, 2007, revised August 1, 2007;

17    The terms of this order do not lessen or reduce the scope of the
18 Preliminary Injunction entered by this Court on October 21, 2013 [Dkt 304].

19    Dated this __30__ day of April, 2014.

_____
The Honorable Lloyd D. George
United States District Judge