# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>Defendants. | Case No.: 2:12-cv-00058-LDG -NJK<br><br>**ORDER** |

The Court, having reviewed Travelers Casualty and Surety Company of America's motion for order to show cause why Defendants Michael and Brenda Peek should not be held in contempt for their failure to file with the Court supplemental accountings for January – April 2014 that comply with the Court's order dated May 9, 2014 [Doc. 399], and for their failure to provide budgets for May and June 2014;

IT IS HEREBY ORDERED that each of the Defendants Michael and Brenda Peek shall appear on Wednesday, October 1, 2014 at 9:00 a.m. to show cause why they should not be held in contempt of court.

Dated this 12 day of September, 2014.

_____
Lloyd D. George
United States District Court Judge