UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>    Defendants. | 2:12-cv-0058-LDG-RJJ<br><br>**ORDER** |

    In view of the past proceedings in this case, the scheduled upcoming hearing, and in the interest of the management of the court's docket,

    THE COURT ORDERS that the following matters are DENIED without prejudice as moot:

    --     Defendants' emergency motion to approve transfer of funds to pay attorney's fees (#310)

    --     Defendants' emergency motion to approve expenses (#311)

    --     Defendants' emergency objections re LR IB 3-1 or motion for district judge to reconsider order (#313)

-- Travelers' motion to compel Hutchison & Steffen, LLC, to produce subpoenaed documents relative to motion to set aside judgment (#316)

-- Defendants' emergency application to approve expenses December budget (#328)

-- Travelers' motion to strike reply to response to motion (#329)

-- Travelers' motion to strike reply to response to motion (#333)

-- Defendants' emergency application to approve expenses January budget (#346)

-- Travelers' motion in limine to preclude defendants' offer of evidence not "newly discovered" in support of motion for reconsideration (#351)

-- Travelers' motion to vacate emergency motion to approve transfer of funds to pay attorneys fees (#352)

-- Travelers' motion to consolidate trial on the merits with hearing on preliminary injunction (#361)

Dated this 26 day of September, 2014.

_____
Lloyd D. George
United States District Judge