ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
E-mail: esm@jhc-law.com
CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
E-mail: cls@jhc-law.com
EDWARD RUBACHA, ESQ. *(Pro Hac Vice)*
E-mail: er@jhc-law.com
JOSEPH A. BROPHY, ESQ. *(Pro Hac Vice)*
E-mail: jab@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:   602-234-7800
Facsimile:     602-277-5595
Court Documents: docket@jhc-law.com

GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
**PEZZILLO LLOYD**
6725 Via Austi Parkway, Suite 290
Las Vegas, Nevada 89119
Telephone:   702-233-4225
Facsimile:     702-233-4252
E-mail:  grobinson@pezzillolloyd.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br> vs. <br><br> WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust, <br><br> Defendants. | Case No.: 2:12-CV-00058-LDG -NJK <br><br> **DEFAULT JUDGMENT AGAINST DEFENDANTS PEEK CONSTRUCTION COMPANY, ECCL HOLDINGS, LLC, AND BLC NEVADA TRUST** |

| | |
|---|---|
| 1 | WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation, |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, |
| 6 | |
| 7 | Counterdefendant. |

The Court previously entered a default judgment against Defendants Peek Construction Company, ECCL Holdings, LLC and BLC Nevada Trust ("Defendants") for their failure to retain counsel as ordered by the Magistrate Judge (Doc. 232, 06/18/13). This judgment was set aside upon Defendants' motion filed when represented by new counsel. (Doc. 270) Subsequently, Defendants second set of counsel was granted leave to withdraw. (Doc. 378) Defendants were directed to notify the Court of representation by April 7, 2014. Defendants failed to retain counsel. On April 10, 2014 (Doc. 384) this Court entered an order that would permit the entity Defendants to proceed without counsel if two enumerated conditions were met, and if the conditions were not met, "the court will proceed without representation of the subject corporations, and consider possible default or sanctions." Defendants have failed to comply with the conditions of this Court's April 10 order in the ensuing five months. The Court issued its Order to Show Cause to Defendants (Doc. 424) directing them to appear on October 1, 2014 and show cause why a default judgment should not be entered against them. At the October 1, 2014 return hearing, Defendants failed to appear through counsel, or to comply with this Court's April 10, 2014 order, and failed to show cause why a default judgment should not be entered against them. Therefore, and the Court having reviewed the Declaration of Steven W. Pand filed on October 2, 2014 and Section 3 of the General Agreements of Indemnity (Dkt. 1, exh. A and B) which state that such a declaration is *prima facie* evidence of the amount and existence of Defendants' liability, and good cause appearing, and there being no just reason

for delay,

The Court hereby directs entry of judgment in favor of Plaintiff Travelers Casualty and Surety Company of America and against Defendants Peek Construction Company, ECCL Holdings, LLC and BLC Nevada Trust in the amount of $16,175,398.93.

IT IS FURTHER ORDERED that Plaintiff shall be entitled to its taxable costs pursuant to Rule 54(d), Fed.R.Civ.P.

DATED: 10 Oct 2014

_____
The Honorable Lloyd D. George
United States District Court Judge