ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
E-mail: esm@jhc-law.com
CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
E-mail: cls@jhc-law.com
EDWARD RUBACHA, ESQ. *(Pro Hac Vice)*
E-mail: er@jhc-law.com
JOSEPH A. BROPHY, ESQ. *(Pro Hac Vice)*
E-mail: jab@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:   602-234-7800
Facsimile:     602-277-5595
Court Documents: docket@jhc-law.com

GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
**PEZZILLO LLOYD**
6725 Via Austi Parkway, Suite 290
Las Vegas, Nevada 89119
Telephone:   702-233-4225
Facsimile:     702-233-4252
E-mail:  grobinson@pezzillolloyd.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br>vs.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust,<br><br>                    Defendants. | Case No.: 2:12-CV-00058-LDG -NJK<br><br>**JUDGMENT OF DISMISSAL OF COUNTERCLAIM** |

|   |   |
|---|---|
| 1 | WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation, |
| 2 |   |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, |
| 6 |   |
| 7 | Counterdefendant. |

The Court previously dismissed the Counterclaim Asserted by Defendants Williams Brother, Inc. and Peek Construction Company against Travelers Casualty and Surety Company of America. (Doc. 233, 06/18/13) The Court subsequently set aside the dismissal as to Counterclaimant Peek Construction Company only on August 26, 2013. (Doc. 270) Peek Construction Company's counsel has been granted leave to withdraw (Doc. 378) and the corporate counterclaimant has failed to retain counsel. The Court advised Peek Construction Company of the requirement to be represented by counsel to appear in federal court on multiple occasions, and most recently issued its Order to Show Cause to Peek Construction Company (Doc. 424) directing it to appear on October 1, 2014 and show cause why a judgment of dismissal of the counterclaim should not be entered against counterclaimant Peek Construction Company. The Ninth Circuit has been consistent in affirming the general rule that a corporation may appear only through an attorney. See *Taylor v. Knapp*, 871 F.2d 803, 806 (9th Cir. 1989). Counterclaimant having failed to appear through counsel, or to comply with this Court's April 10, 2014 order (Doc. 384), and having failed to show cause why the counterclaim should not be dismissed, and good cause appearing, and the Court finding no just reason for delay,

/ / /

/ / /

/ / /

/ / /

The Court expressly directs that final judgment be entered dismissing the counterclaims asserted by Peek Construction Company against Travelers Casualty and Surety Company of America with prejudice.

DATED: 10 Oct 2014

_____
The Honorable Lloyd D. George
United States District Court Judge