ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
E-mail: esm@jhc-law.com
CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
E-mail: cls@jhc-law.com
EDWARD RUBACHA, ESQ. (*Pro Hac Vice*)
E-mail: er@jhc-law.com
JOSEPH A. BROPHY, ESQ. (*Pro Hac Vice*)
E-mail: jab@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:   602-234-7800
Facsimile:    602-277-5595
Court Documents: docket@jhc-law.com

GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
**PEZZILLO LLOYD**
6725 Via Austi Parkway, Suite 290
Las Vegas, Nevada 89119
Telephone:   702-233-4225
Facsimile:    702-233-4252
E-mail:  grobinson@pezzillolloyd.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiff,<br>vs.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust,<br><br>                Defendants. | Case No.: 2:12-CV-00058-LDG -NJK<br><br>**ORDER** |

The Court having considered Travelers Casualty and Surety Company of America's Motion for Immediate Registration of Default Judgment In Other Districts Pursuant to 28 U.S.C. § 1963, and good cause having been shown,

IT IS HEREBY ORDERED,

That Plaintiff/Judgment Creditor Travelers Casualty and Surety Company of America is authorized to register the Default Judgment entered October 14, 2014 against Defendants Peek Construction Company, ECCL Holdings, LLC and BLC Nevada Trust in other districts immediately, and that the waiting period for appeals referenced in 28 U.S.C. § 1963 is expressly waived. The Clerk is hereby authorized and directed to certify the Default Judgment for registration upon the request of Plaintiff, using the modified "CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT" attached hereto as Exhibit "A."

DATED: _23_   Qevqdgt"4236_____

_____
The Honorable Lloyd D. George
United States District Court Judge

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>　　　　Defendants. | Case No.: 2:12-cv-00058-LDG -NJK |

**CLERK'S CERTIFICATION OF A JUDGMENT
TO BE REGISTERED IN ANOTHER DISTRICT**

　　I certify that the attached judgment is a copy of a judgment entered by this court on <u>October 14, 2014</u>.

　　I also certify that, as appears from this court's records, this court has made a finding that good cause exists pursuant 28 U.S.C. § 1963 for immediate registration of this judgment in other districts, prior to the time the judgment has become final by appeal or expiration of the time for appeal.

1   Date: _____

2                                                        CLERK OF COURT

3

4                                                        _____
                                                         *Signature of Clerk or Deputy Clerk*