CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
E-mail: cls@jhc-law.com
EDWARD RUBACHA, ESQ. *(Pro Hac Vice)*
E-mail: er@jhc-law.com
JOSEPH A. BROPHY, ESQ. *(Pro Hac Vice)*
E-mail: jab@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:   602-234-7800
Facsimile:     602-277-5595
Court Documents: docket@jhc-law.com

JENNIFER LLOYD, ESQ.
Nevada Bar No. 9617
**PEZZILLO LLOYD**
6725 Via Austi Parkway, Suite 290
Las Vegas, Nevada 89119
Telephone:   702-233-4225
Facsimile:     702-233-4252
E-mail:   jlloyd@pezzillolloyd.com

Attorneys for Plaintiff/Counterdefendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust,<br><br>Defendants. | Case No.: 2:12-CV-00058-LDG -NJK<br><br>**ORDER** |

WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation,

        Counterclaimants,

vs.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

        Counterdefendant.

The Court, having reviewed Travelers Casualty and Surety Company of America's Motion for Order Disregarding Sham Corporate Form and Authorizing Direct Levy Upon Assets, CSC Holdings [Dkt. 463], and having reviewed the supporting declaration and evidence, and the Court having received no response from Judgment Debtor BLC Nevada Trust or any other Defendant or Judgment Debtor, and good cause appearing,

THE COURT FINDS as follows:

1. Defendants Michael and Brenda Peek are Trustees of Judgment Debtor BLC Nevada Trust.

2. Trustees Michael and Brenda Peek have notice of Travelers' pending motion and so does Judgment Debtor BLC Nevada Trust.

3. Judgment Debtor BLC Nevada Trust owns alleged entity CP Enterprises, LLC, a Nevada limited liability company.

4. CP Enterprises, LLC is a sham entity whose form is illegitimate and entitled to no recognition.

5. CSC Holdings, LLC is ostensibly owned by CP Enterprises, LLC.

6. Neither of CP Enterprises' managers, Defendant Brenda Peek and her step daughter Leslie Jay, knew anything about CSC Holdings when asked, including what CSC Holdings was, whether CSC conducted any business, or whether CSC had any assets.

7. The evidence presented shows that CSC Enterprises, LLC is a sham entity that is not entitled to any protection of the LLC form.

8. The evidence shows that on August 21, 2009, CSC Holdings loaned $86,250.00 to Mr. Terry Cupp.

9. The evidence shows that on December 18, 2009, T Cupp & Associates, LLC conveyed two tracts of land in the City of Mountain Juliet, Tennessee to Terry Cupp and CSC Holdings, with each grantee obtaining a 50% interest in the land.

For the reasons set forth above,

IT IS HEREBY ORDERED AND ADJUDGED that CSC Holdings, LLC's corporate form is illegitimate and entitled to no recognition.

IT IS FURTHER ORDERED that, because CSC Enterprises, LLC's corporate form is not entitled to recognition, Travelers is entitled to seize or levy directly upon CSC Holdings, LLC's interest in the real property that CSC owns in the city Mountain Juliet, Tennessee, which is more particularly described in the attached Exhibit A, upon the order of a court of competent jurisdiction and in accordance with the procedures of the laws of the State of Tennessee.

IT IS FURTHER ORDERED that Travelers is entitled to all of CSC Holdings right, title and interest in the promissory note between CSC Holdings, LLC and maker Terry Cupp, and that Travelers may execute legal process upon maker Terry Cupp to obtain all amounts owed under the note and to enforce the note obligation, and that any proceeds received from said promissory note shall be applied Travelers in partial satisfaction of Travelers Judgment against Judgment Debtor BLC Nevada Trust

DATED: 15  May  2015

_____
U.S. District Court Judge
District of Nevada
Lloyd D. George

3392-49

3

# EXHIBIT A

3

# QUITCLAIM DEED

THIS INDENTURE, made and entered into this 18th day of December, 2009, by and between TCUPP and ASSOCIATES, LLC, a Limited Liability Company organized and existing under the laws of the State of Nevada,             hereinafter called GRANTOR,

and CSC HOLDINGS LLC and TERRY CUPP,
                              hereinafter called GRANTEE.

WITNESSETH: That for the consideration hereinafter expressed, the Grantor has bargained, released, remised and quitclaimed and does hereby, release, remise and quitclaim unto the Grantee, the following described real property, to wit:

LOCATED AND BEING SITUATED in the City of Mount Juliet, the FOURTH (4th) Civil District of the County of Wilson, State of Tennessee, and being known and designated as follows, to wit:

TRACT 2, TCupp & Associates, LLC's Rutland Road and Beckwith Road Subdivision, as described on the land survey of Fisher & Arnold, Inc. Project No. DN4612.1, dated June 18, 2007, revised August 1, 2007, to which reference is here made, and being more particularly described as follows: BEGINNING at a point in the westerly margin of the right-of-way of BECKWITH ROAD, 17.35 feet, more or less, in a northerly direction from the point of intersection of the westerly margin of the right-of-way of BECKWITH ROAD with the northerly margin of the right-of-way of RUTLAND ROAD; thence, from said BEGINNING Point and with the northeasterly margin of the right-of-way of the proposed BECKWITH ROAD Extension, following a curve to the left with a radius of 1022.24 feet in a northwesterly direction, a delta of 26 deg., 14 min., 07 sec., a length of 468.08 feet to an iron pin; thence, leaving the northeasterly margin of the right-of-way of the proposed BECKWITH ROAD Extension, South 79 deg., 08 min., 14 sec. East 346.20 feet to an iron pin in the westerly margin of the right-of-way of BECKWITH ROAD; thence, with the westerly margin of the right-of-way of the BECKWITH ROAD the following two (2) calls and distances: South 12 deg., 12 min., 32 sec. West 216.00 feet to an iron pin;

*"Good Deeds Are Our Business"*
*www.alliedtitle.com*

thence South 19 deg., 00 min., 13 sec. West 116.81 feet to the Point of BEGINNING, containing 1.16 acres, more or less.

BEING PART OF THE SAME property described in Wilson County Register's Deed Book 1206, Page 491.

Any reference to recorded instruments is reference to the Register's Office in said County.

THE CONSIDERATION for this conveyance is TEN AND 00/100****Dollars ($10.00) cash in hand paid, and other good and valuable considerations, the receipt and legal sufficiency and adequacy of which is hereby acknowledged.

**GRANTOR:**
TCUPP and ASSOCIATES, LLC

BY: _/s/ Terry Cupp_
Terry Cupp, Manager

STATE OF NEVADA, COUNTY OF Clark    :ss

On this 28 day of December, 2009, before me, the undersigned authority, personally appeared Terry Cupp, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath, acknowledged that himself to be the Manager of the TCupp & Associates, LLC, the within named bargainor, a Nevada Limited Liability Company, and that he as such Manager, executed the foregoing instrument for the purpose therein contained, by signing the name of the Limited Liability Company by himself as Manager.

My Commission Expires: 8/2/2011 _/s/_ , NOTARY PUBLIC

SEAN VANGORDER
NOTARY PUBLIC - STATE OF NEVADA
COUNTY OF CLARK
APPT. No. 09-9275-1
MY APPT. EXPIRES AUGUST 2, 2011

*"Good Deeds Are Our Business"*
*www.alliedtitle.com*

STATE OF LAS VEGAS, COUNTY OF NEVADA:ss
I hereby swear or affirm that to the best of the Affiant's knowledge, information, and belief, the actual consideration for this transfer or value of the property transferred whichever is greater, is $0.00, which amount is equal to or greater than the amount which the property transferred would command at a fair and voluntary sale.

_____, AFFIANT

SWORN TO AND SUBSCRIBED BEFORE me this ___ day of December, 2009.

_____, NOTARY PUBLIC
My Commission Expires: _____

SEAN VANGORDER
NOTARY PUBLIC - STATE OF NEVADA
COUNTY OF CLARK
APPT. No. 09-9275-1
MY APPT. EXPIRES AUGUST 2, 2011

**RESPONSIBLE TAXPAYER:**
CSC HOLDINGS LLC and Terry Cupp
c/o TCupp and Associates, LLC
5842 Bunch Street
Las Vegas, Nevada 89122

**PROPERTY ADDRESS:**
1575 Rutland Drive (PART)
Mt. Juliet, Tennessee 37122

**FILE NO.:** 09-12001
**CLT No.:** 04-078-012.00 (PART)
**MAIL TAX NOTICES TO:**
*SAME AS ABOVE.*

**PROPERTY OWNER:**
CSC HOLDINGS LLC and Terry Cupp
c/o TCupp and Associates, LLC
5842 Bunch Street
Las Vegas, Nevada 89122

***

THIS INSTRUMENT PREPARED FOR RECORDING BY:
J. Nolan Sharbel, Attorney, 6324 Papermill Drive, Suite D, Knoxville, Tennessee 37919

BK/PG: 1382/2053-2055
09412377

| 3 PGS : AL - QUITCLAIM DEED | |
|---|---|
| WSTY BATCH 185027 | 12/30/2009 - 09:10 AM |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 15.00 |
| ARCHIVE FEE | 0.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 17.00 |

STATE OF TENNESSEE, WILSON COUNTY
**JOHN B SPICKARD**
REGISTER OF DEEDS

*"Good Deeds Are Our Business"*
*www.alliedtitle.com*

CSC
020

3

# QUITCLAIM DEED

THIS INDENTURE, made and entered into this 18th day of December, 2009, by and between TCUPP and ASSOCIATES, LLC, a Limited Liability Company organized and existing under the laws of the State of Nevada, hereinafter called GRANTOR,

and CSC HOLDINGS LLC and TERRY CUPP,
hereinafter called GRANTEE.

WITNESSETH: That for the consideration hereinafter expressed, the Grantor has bargained, released, remised and quitclaimed and does hereby, release, remise and quitclaim unto the Grantee, the following described real property, to wit:

LOCATED AND BEING SITUATED in the City of Mount Juliet, the FOURTH (4th) Civil District of the County of Wilson, State of Tennessee, and being known and designated as follows, to wit:

TRACT 1, TCupp & Associates, LLC's Rutland Road and Beckwith Road Subdivision, as described on the land survey of Fisher & Arnold, Inc. Project No. DN4612.1, dated June 18, 2007, revised August 1, 2007, to which reference is here made and being more particularly described as follows:
BEGINNING at a point in the northerly margin of the right-of-way of RUTLAND ROAD, 125.25 feet, more or less, westerly from the point of intersection of northerly margin of the right-of-way of RUTLAND ROAD with the westerly margin of the right-of-way of BECKWITH ROAD; thence; from said BEGINNING Point and with the northerly margin of the right-of-way of RUTLAND ROAD the following two (2) calls and distances: North 82 deg., 00 min., 26 sec. West 375.47 feet to an iron pin; thence, following a curve to the right with a radius of 443.31 feet in a northwesterly direction, a delta of 11 deg., 39min., 38 sec., a length of 90.22 feet to an iron pin; thence, leaving the northerly margin of the right-of-way of RUTLAND ROAD, North 13 deg., 37 min., 29 sec. East 162.25 feet to a post; thence North 08 deg., 00 min., 27 sec. East 144.03 feet to an iron pin in the southwesterly margin of the right-of-way of proposed BECKWITH ROAD Extension; thence, following the curve to the right of the proposed BECKWITH ROAD Extension with a radius of 902.24 feet in a southeasterly direction, a delta

*"Good Deeds Are Our Business"*
*www.alliedtitle.com*

CSC
015

of 28 deg., 58 min., 57 sec., a length of 456.39 feet to the Point of BEGINNING, containing 1.40 acres, more or less.

BEING PART OF THE SAME property described in Wilson County Register's Deed Book 1206, Page 491.

Any reference to recorded instruments is reference to the Register's Office in said County.

THE CONSIDERATION for this conveyance is TEN AND 00/100****Dollars ($10.00) cash in hand paid, and other good and valuable considerations, the receipt and legal sufficiency and adequacy of which is hereby acknowledged.

**GRANTOR:**
TCUPP and ASSOCIATES, LLC

BY: _/s/ Terry Cupp_
Terry Cupp, Manager


STATE OF NEVADA, COUNTY OF Clark :ss
On this 22 day of December, 2009, before me, the undersigned authority, personally appeared Terry Cupp, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath, acknowledged that himself to be the Manager of the TCupp & Associates, LLC, the within named bargainor, a Nevada Limited Liability Company, and that he as such Manager, executed the foregoing instrument for the purpose therein contained, by signing the name of the Limited Liability Company by himself as Manager.

My Commission Expires: 8/2/2011    _/s/_  NOTARY PUBLIC

SEAN VANGORDER
NOTARY PUBLIC · STATE OF NEVADA
COUNTY OF CLARK
APPT. No. 08-9276-1
MY APPT. EXPIRES AUGUST 2, 2011

*"Good Deeds Are Our Business"*
*www.alliedtitle.com*

STATE OF LAS VEGAS, COUNTY OF NEVADA:ss
I hereby swear or affirm that to the best of the Affiant's knowledge, information, and belief, the actual consideration for this transfer or value of the property transferred whichever is greater, is $0.00, which amount is equal to or greater than the amount which the property transferred would command at a fair and voluntary sale.

_____, AFFIANT

SWORN TO AND SUBSCRIBED BEFORE me this 23 day of December, 2009.

_____, NOTARY PUBLIC
My Commission Expires:
NOTARY PUBLIC · STATE OF NEVADA
COUNTY OF CLARK
APPT. No. 09-9375-1
MY APPT. EXPIRES AUGUST 6, 2011

**RESPONSIBLE TAXPAYER:**
CSC HOLDINGS LLC and Terry Cupp
c/o TCupp and Associates, LLC
5842 Bunch Street
Las Vegas, Neavada 89122

**PROPERTY ADDRESS:**
1575 Rutland Drive (PART)
Mt. Juliet, Tennessee 37122

**FILE NO.:** 09-12001
**CLT No.:** 04-078-012.00 (PART)
**MAIL TAX NOTICES TO:**
*SAME AS ABOVE.*

**PROPERTY OWNER:**
CSC HOLDINGS LLC and Terry Cupp
c/o TCupp and Associates, LLC
5842 Bunch Street
Las Vegas, Nevada 89122

THIS INSTRUMENT PREPARED FOR RECORDING BY:
J. Nolan Sharbel, Attorney, 6324 Papermill Drive, Suite D, Knoxville, Tennessee 37919

BK/PG: 1382/2050-2052
09412376

| | |
|---|---|
| 3 PGS : AL - QUITCLAIM DEED | |
| MISTY BATCH: 183027 | 12/30/2009 - 09:10 AM |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 15.00 |
| ARCHIVE FEE | 0.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 17.00 |

STATE OF TENNESSEE, WILSON COUNTY
JOHN B SPICKARD
REGISTER OF DEEDS

*"Good Deeds Are Our Business"*
*www.alliedtitle.com*

CSC
017