CHAD L. SCHEXNAYDER, ESQ. (*Pro Hac Vice*)
E-mail: cls@jhc-law.com
EDWARD RUBACHA, ESQ. *(Pro Hac Vice)*
E-mail: er@jhc-law.com
JOSEPH A. BROPHY, ESQ. *(Pro Hac Vice)*
E-mail: jab@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:   602-234-7800
Facsimile:     602-277-5595
Court Documents: docket@jhc-law.com

JENNIFER LLOYD, ESQ.
Nevada Bar No. 9617
**PEZZILLO LLOYD**
6725 Via Austi Parkway, Suite 290
Las Vegas, Nevada 89119
Telephone:   702-233-4225
Facsimile:     702-233-4252
E-mail:   jlloyd@pezzillolloyd.com

Attorneys for Plaintiff/Counterdefendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation; MICHAEL WILLIAMS, an individual; JOSIE WILLIAMS, an individual; ASHLEY WILLIAMS, an individual; MARIA WILLIAMS, an individual; MARK GUBLER, an individual; DAWNA GUBLER, an individual; DARIN GUBLER, an individual; and KAREN GUBLER, an individual; BRENDA COMPTON PEEK, an individual; MICHAEL L. PEEK, an individual; ECCL HOLDINGS, LLC, a Nevada limited liability company; BLC NEVADA TRUST DATED APRIL 20, 2006, a Nevada Trust,<br><br>Defendants. | Case No.: 2:12-CV-00058-LDG -NJK<br><br>**ORDER** |

WILLIAMS BROTHER, INC., a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation,

Counterclaimants,

vs.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Counterdefendant.

The Court, having reviewed Travelers Casualty and Surety Company of America's Motion for Order Disregarding Sham Corporate Form, For Release of Funds Held in The Court's Registry to Travelers, and to Allow Direct Levy on Assets-CP Enterprises, LLC, [Dkt. 459], and having reviewed the supporting declaration and evidence, and the Court having received no response from Judgment Debtor BLC Nevada Trust or any other Defendant or Judgment Debtor, and good cause appearing,

THE COURT FINDS as follows:

1. Judgment Debtor BLC Nevada Trust owns alleged entity CP Enterprises, LLC, a Nevada limited liability company.

2. Defendants Michael and Brenda Peek are Trustees of the BLC Nevada Trust.

3. Judgment Debtor BLC Nevada Trust, and Defendants Michael and Brenda Peek, each have notice of Travelers pending motion.

4. CP Enterprises was formed on May 16, 2006.  Until February 14, 2014, Defendant Brenda Peek and her step daughter, Leslie Jay, were the managing members of CP Enterprises.

5. Defendant Brenda Peek was unaware of the existence of CP Enterprises, and her job as manager of the entity, during her entire tenure as manager.

6. Mrs. Jay was not aware of why CP Enterprises was formed, whether it ever transacted any business, what assets, if any, the company had, or why she was made the manager of CP Enterprises.

1  7. Neither Mrs. Peek nor Mrs. Jay ever had a conversation about the management of CP Enterprises.

8. Evidence presented has shown that CP Enterprises is a sham entity that is not entitled to any protection of the LLC form.

9. The real property at Lots 432 and 433, Swains Creek Pines Unit #3, Kane County, Utah it titled in the name of CP Enterprises, LLC, which is a sham entity

For the reasons set forth above,

IT IS HEREBY ORDERED AND ADJUDGED that CP Enterprises, LLC's corporate form is illegitimate and entitled to no recognition.

IT IS FURTHER ORDERED that the $74,949.41 currently held in the Court's registry, which the Court took custody of after Defendants willfully violated the Court's preliminary injunction freezing assets by selling certain real property shall be released to Travelers in partial satisfaction of Traveler's judgment against Judgment Debtor BLC Nevada Trust.

IT IS FURTHER ORDERED that, because CP Enterprises, LLC's corporate form is not entitled to recognition, Travelers is entitled to seize or levy directly upon the real property at Lots 432 and 433, Swains Creek Pines Unit #3, Cane County, Utah, in accordance with the procedures of the laws of the State of Utah, because the Court determines that said ownership of said properties to be held by Judgment Debtor BLC Nevada Trust, upon the Order of a Court of competent jurisdiction.

IT IS FURTHER ORDERED that net proceeds of such levy and sale shall be applied by Travelers in partial satisfaction of Travelers judgment against Judgment Debtor BLC Nevada Trust.

DATED: 9 June 2015

_____
U.S. District Court Judge
District of Nevada
Lloyd D. George

3392-49