# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

    Plaintiff,

v.

WILLIAMS BROTHER, INC, *et al*.,

    Defendants.

Case No. 2:12-cv-00058-LDG (NJK)

**ORDER**

    Local Rule 41-1 provides as follows:

> All civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party.

On July 13, 2017, the plaintiff was notified that the official record in this action reflects that this case has been pending for more than 270 days without any proceeding having been taken during this period. The plaintiff was further notified that if no further action took place in this case by August 11, 2017, the Court would enter an order of dismissal for want of prosecution.

The official record in this action indicates that no further action has taken place subsequent to the notification to the plaintiff that the Court would enter an order of dismissal for want of prosecution. Accordingly, for good cause shown,

THE COURT **ORDERS** that this matter is DISMISSED for want of prosecution.

DATED this ____4____ day of October, 2017.

_____
Lloyd D. George
United States District Judge